IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY WHITE                                                                                   PETITIONER

VS.                              CASE NO. 5:12CV00008 JMM

RAY HOBBS, Director of the
Arkansas Department of Correction                                                RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this <u>16th</u> day of <u>March</u>, 2012.

_____
UNITED STATES DISTRICT JUDGE